**Roswell B. Hartman, appellee, v. Joseph Kruszka, appellant. Gen. No. 31,853.**

Action to recover for labor and material furnished. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon.

A. W. Summers, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1927. Affirmed. Opinion filed December 27, 1927. Rehearing denied January 13, 1928.

John Foster, for appellant. William A. Peterson, for appellee; Reuben Freedman and Abraham Miller, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.